**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISANTO CARINO RAGASA, *Petitioner*, v. ERIC H. HOLDER, JR., Attorney General, *Respondent*. | No. 12-72262 Agency No. A037-485-221 ORDER |

Filed February 24, 2014

Before: Michael Daly Hawkins, M. Margaret McKeown, and Carlos T. Bea, Circuit Judges.

**ORDER**

For the reasons to be set forth in a disposition to follow, we deny petitioner Ragasa's claim for citizenship. However, we grant the petition for review because his Hawai'i state conviction does not constitute a predicate offense for purposes of removability under Section 237(a)(2)(B)(i) of the INA. Therefore, we order the United States to release Ragasa from custody forthwith.